IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

YVONNE HOUSTON PLAINTIFF

VS. CASE NO. 4:25-CV-859 JM

OZARK AUTOMOTIVE DISTRIBUTORS, INC. d/b/a
O'REILLY AUTO PARTS, SONYA SHRUM, ALEX
BOYD, AND RICKY SCOGGINS DEFENDANTS

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Ozark Automotive Distributors, Inc. discloses that it is wholly owned by O’Reilly Automotive, Inc. and O’Reilly Automotive, Inc. has no one who owns 10% or more of its stock.

Respectfully submitted,

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: dljones@wlj.com

Daveante Jones (2016163)
*Attorneys for Defendants*