IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

YVONNE HOUSTON PLAINTIFF

VS. CASE NO. 4:25CV00859-JM

OZARK AUTOMOTIVE DISTRIBUTORS, INC., d/b/a
O'REILLY AUTO PARTS, SONYA SHRUM, ALEX
BOYD, AND RICKY SCOGGINS DEFENDANTS

**ENTRY OF APPEARANCE**

S. Wynne James of Wright, Lindsey & Jennings LLP, 200 West Capitol Avenue, Suite 2300, Little Rock, Arkansas, hereby enters her appearance in this matter as counsel for defendants Ozark Automotive Distributors, Inc. d/b/a O'Reilly Auto Parts, Sonya Shrum, Alex Boyd, and Ricky Scoggins for the purpose of requesting notice of all proceedings and copies of all pleadings, papers, and notices filed or issued in this case.

Respectfully submitted,

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: wjames@wlj.com

By: S. Wynne James (2026156)

*Attorneys for Defendants*